IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) 
vs. )
) 
FRANCISCO TORRES a/k/a Ponch )

Cr. No. CR 05 101 ML

In violation of 21 U.S.C. §§ 843(b)

INFORMATION

The United States Attorney charges that:

On or about August 28, 2004, in the District of Rhode Island, the defendant, Francisco Torres, a/k/a Ponch, did knowingly and intentionally use a communication facility, that is, a cellular telephone, in committing, causing and facilitating the commission of a violation of 21 U.S.C. §§ 841 and 846, that is, knowingly and intentionally combining, conspiring, confederating and agreeing with Joel Francisco, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. § 843 (b).

ROBERT C. CORRENTE
UNITED STATES ATTORNEY

By: ______________________
MARY E. ROGERS
Assistant U.S. Attorney

By: Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Date: 9-16-05