UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-101ML** **DATE: September 27, 2005**

**TITLE: USA v. FRANCISCO TORRES**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephanie Browne, AUSA
Richard Corley, Esq.
Maureen Bradley, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information:

Court informs Deft of charge and rights.
Deft understands charge and rights.
Waiver of Indictment
Court informs Deft of rights.
Deft understands rights and waiver.
Deft signs waiver.
Court accepts waiver.
Court enters not guilty plea
No change in detention status.
Deft remanded to custody.