AO 455 (Rev. 5/96) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
FRANCISCO TORRES a/k/a Ponch

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05 101 ML

I, FRANCISCO TORRES a/k/a Ponch, the above named defendant, who is accused of

Knowingly and intentionally using a communication facility, that is, a cellular telephone, in committing, causing and facilitating the commission of a violation of 21 U.S.C. §§ 841 and 846, that is, knowingly and intentionally combining, conspiring, confederating and agreeing with another person, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, all in violation of 21 U.S.C. § 843 (b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court

on 9/27/05 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant
FRANCISCO TORRES a/k/a Ponch

[signature] Richard K. Corley
Counsel for Defendant
Richard K. Corley, Esq.

Before [signature]
Judicial Officer